**Order filed September 14, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00445-CV
_____

### KERRY CARTER AND LETONIA JACKSON-CARTER, Appellants

### V.

### S.S. PROPERTIES L.L.P., SCOTT PIERCE AND SHIOW-MINN PIERCE, Appellees

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2009-24598**

---

## ORDER

The notice of appeal in this case was filed May 4, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellants have established indigence has been filed. _See_ Tex. R. App. P. 20.1.

Further, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellants did not make arrangements to pay for the record. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **October 1, 2012.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

Appellants are further ordered to pay or make arrangements to pay for the clerk's record and provide this court with proof of payment on or before **October 1, 2012.** *See* Tex. R. App. P. 37.3(b). If appellants fail to timely provides this court with proof of payment in accordance with this order, the appeal will be dismissed.

PER CURIAM